AO 451 (Rev 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF **Rhode Island**

Hasbro, Inc.

David Chang

MISC 06-95

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number: **03-482T**

I, **David DiMarzio**, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action **June 8, 2006**, as it appears in the records of this court, and that

**no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.**

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

7/20/06
Date

Docketed
Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

Clerk

(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (•) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(•Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

AUG - 7 2006

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Hasbro, Inc.,
Plaintiff

vs.                                    C.A. No. 03-482T

DAVID CHANG,
Defendant

## AMENDED JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

> Pursuant to an Order entered on May 30, 2006 by this Court, default judgment hereby enters for Plaintiff Hasbro Inc. against Defendant David Chang in the amount of four hundred thousand dollars and zero cents ($400,000.00). Judgment also enters for the Plaintiff Hasbro Inc. against the Denfendant David Chang for an award of costs in the amount of three thousand four hundred and ninety seven dollars and twenty-five cents ($3,497.25). Further, Defendant David Chang is hereby permanently enjoined from manufacturing, reproducing, distributing, advertising, selling, or displaying the GHETTOPOLY game, any other products that use or display the GHETTOPOLY name or logo, and/or ghettopoly.com brand name and/or domain name, or any other product using a design or name likely to cause confusion as to source or origin with Hasbro's MONOPOLY property trading game, including but not limited to the names Redneckopoly, Hiphopopoly, Hoodopoly, Thugopoly and Latinopoly. Defendant Chang's counterclaims are hereby dismissed.

Enter:

_____
Deputy Clerk

Dated: June 8th, 2006

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

July 27, 2006

By FedEx

Christina I. Belanger
(212) 336-2747
Direct Fax (212) 336-2879
cbelanger@pbwt.com

Clerk,
United States District Court
Central District of California
312 N. Spring Street
Room G-8
Los Angeles, CA 90012

Re: **Registration of Out-of-District Judgment**

Dear Sir or Madam:

Enclosed for filing please find a Certification of Judgment for Registration in Another District along with a certified copy of the Judgment in Hasbro, Inc. v. David Chang, 03 Civ. 482T, United States District Court for the District of Rhode Island. Also enclosed is a check in the amount of $39.00, the required fee.

Kindly stamp the copy as received and return to my attention in the self-addressed stamped envelope provided.

Sincerely,

Christina I. Belanger
Managing Clerk

Enclosures